Morris Wulbert, defendant in error, v. Hyman Rubin, plaintiff in error. Gen. No. 30,379.

Action for commissions on sale of real estate. Judgment for plaintiff. Error to the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926.

Frankel & Bloom, for plaintiff in error. Cohen & O'Connor, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

Eastern Felt Company, appellee, v. U. S. Ayer, appellant. Gen. No. 30,074.

Action upon promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926.

Samuel B. King, for appellant. Charles O. Rundall, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. George Faaborg and Bernice Record, plaintiffs in error. Gen. Nos. 30,263 and 30,264.

Prosecution for living in open state of adultery and fornication. Conviction and sentence. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926.

Wm. Navigato and Wm. Schulze, for plaintiffs in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

Tower Furniture Company, Inc., defendant in error, v. Bridgeport Furniture Company et al., plaintiffs in error. Gen. No. 30,304.

Action for goods sold and delivered. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926.

Harold O. Mulks, for plaintiffs in error. Kelly & Murphy, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.